**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| COREY GRIER, | : | |
| Plaintiff | : | |
| VS. | : | |
| Nurse MARY GORE, *et al.*, | : | NO. 5:12-CV-60 (MTT) |
| Defendants | : | **O R D E R** |

*Pro se* Plaintiff **COREY GRIER** has filed a civil rights complaint under 42 U.S.C.

§ 1983.   He now moves, before service, for voluntary dismissal of this action (Doc. 10).

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may

voluntarily his action   "before the opposing party serves either an answer or a motion for

summary judgment[.]"   Defendants have not yet served an answer or a motion for

summary judgment.   Accordingly, Plaintiff's motion to dismiss is hereby **GRANTED** and

the above-captioned action is deemed **DISMISSED WITHOUT PREJUDICE**

**SO ORDERED**, this 11th day of April, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT